54 A.3d 22

**Sehu–Kessa Saa TABANSI a/k/a Alfonso Percy Pew, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Facility Manager–Marirosa Lamas, Chief Hearing Examiner Mr. McIntyre, Commonwealth Officials Officers in their Official Capacities, Appellees.**

Supreme Court of Pennsylvania.

Sept. 28, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2012, the order of the Commonwealth Court is **AFFIRMED.**

54 A.3d 22

**Derrald HANDY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2012, the Order of the Commonwealth Court is **AFFIRMED.**

54 A.3d 22

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Vernon Lee ESTEPP, Appellant.**

**No. 68 EAP 2011.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 2012.

Decided Sept. 28, 2012.

*ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENT-LY GRANTED.**